# PETER J. BATALLA, JR.

ATTORNEY AT LAW

888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA.LAW@VERIZON.NET

May 18, 2022

Honorable Judith C. McCarthy
US District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    **Re: USA vs. Teddy Pinero**
      **Case No.: 22-mj-1058**

Dear Hon. Judge McCarthy:

  This office represents Teddy Pinero. Mr. Pinero was arraigned before your honor on February 2, 2022. At the time of Mr. Pinero's arrest, a complaint was filed with ACS because Mr. Pinero's 7-year-old child was in the vehicle when Mr. Pinero was arrested. Due to the uncertainty of the ACS complaint, the Court ordered that Mr. Pinero reside with his older son at 56 E. Tremont Avenue, Bronx, New York, while the ACS matter was resolved. Recently, my client and his wife received a letter from the NYC Administration for Children's Services indicting that the case was unfounded. Attached pleased find said letters dated May 13, 2022, as Exhibit A.

  Given this recent event, Mr. Pinero is respectfully requesting to return to his home, located at 692 Brush Avenue, Bronx New York, to reside with his wife and child.

  The Government and U.S. Pretrial Services do not object to this request.

      Respectfully submitted,

      Peter J. Batalla

PJB:mj
Enc.
cc: AUSA Steven Kochevar
  Laura Gialanella, MA, U.S. Pretrial Services

**APPLICATION GRANTED**

*Judith C. McCarthy*

Hon. Judith C. McCarthy 5-18-2022