# PETER J. BATALLA, JR.

ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA.LAW@VERIZON.NET

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/22

July 28, 2022

Honorable Judge Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

7-29-22

Re:   **United States v. Teddy Pinero**
      **Case # 22-mj-01058-UA**

Dear Hon. Judge McCarthy:

My office represents Mr. Pinero with respect to the above captioned matter. My client is requesting permission to travel to Florida by plane and return by car. Mr. Pinero's wife and youngest child are currently in Florida on a two-week vacation. Mr. Pinero is requesting permission to fly to Florida on August 3, 2022 to pick them up and drive back to New York over the weekend of August 6, 2022. The latest Mr. Pinero expects to be back in New York is August 9, 2022. They will be staying at an Air B&B located at 17313 Serenidad Blvd., Serenity Clermont, Florida 34714.

I am therefore respectfully requesting permission for my client to travel to Serenity Clermont, Florida from Wednesday August 3, 2022 to Monday, August 8, 2022. If this request is approved, my office will provide flight information to the Government and Pretrial Services.

I have informed the Government and Pretrial Services of this request. The Government would take no position on this request and Pretrial Services has no objections.

Respectfully submitted,

Peter J. Batalla

cc: AUSA Steven Kochevar – Via Email: SKochevar@usa.doj.gov
    U.S. Probation Officer Laura Gialanella – Via Email: Laura_Gialanella@nyspt.uscourts.gov